Form dsmbar

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **18−49309−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Candace A Davis
    aka Candace Alexis White
    8845 Lilly Drive
    Ypsilanti, MI 48197

Social Security No.:
    xxx−xx−7192

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL AND BAR FILING

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal with Bar to Refiling was entered on 08/29/2018: This case came before the Court today for a hearing on the Court's order entitled "Order to Show Cause on Dismissal of Case for Failure to Pay Filing Fee" (Docket #21). The Debtor failed to appear at the hearing, despite having been ordered to do so. For the reasons stated by the Court on the record during the hearing, IT IS ORDERED that this bankruptcy case is dismissed, and IT IS FURTHER ORDERED that the Debtor is prohibited from filing any new bankruptcy case, and the Clerk's Office is directed not to accept for filing any new bankruptcy case, unless and until the Debtor first pays in full the $335.00 filing fee for this case . Debtor Candace A Davis is permanently barred from filing a new case until the filing fees are paid** (Re: related document(s) 21).   Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 8/29/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT